# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**John P. Manculich**

    vs.

**Richard A. Bucci, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-1441

\_\_\_\_   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION TO DISMISS ON THE GROUNDS OF YOUNGER ABSTENTION IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED APRIL 25, 2006.

Dated:  April 25, 2006

_(signature)_
Clerk of Court

s/S. Potter
By:  Deputy Clerk